# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Schoeder Family LLLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Adams County, North Dakota, a Political ) | |
| Subdivision, ) | Case No. 1:16-cv-258 |
| ) | |
| Defendant. ) | |

On July 20, 2017, the parties filed a stipulation scheduling/discovery plan. The court **ADOPTS** the stipulation (Docket No. 41) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until November 1, 2017, to complete fact discovery and until February 1, 2018, to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall disclose its expert witnesses and their reports by October 1, 2017.

    b. Defendant shall disclose its expert witnesses and their reports by November 1, 2017.

    (Reports to be served on other parties, but not filed with the court.)

3. The parties shall have until January 1, 2018, to complete discovery depositions of expert witnesses.

4. The parties shall have until December 1, 2017, to file other nondispositive motions (e.g., consolidation, bifurcation).

    5.       The parties shall have until January 30, 2018, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference set for May 15, 2018, shall be rescheduled for October 30, 2018, at 11:00 AM by telephone before the undersigned. The court shall initiate the conference call. The trial set for May 30, 2018, shall be rescheduled for November 13, 2018, at 9:30 a.m. in Bismarck before Chief Judge Hovland. A three (3) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2017.

                                      */s/ Charles S. Miller, Jr.*
                                      Charles S. Miller, Jr., Magistrate Judge
                                      United States District Court